

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

HUI QING CHEN,
BIAO CHANG ZHENG,
CHANG GUI ZHENG,
QING PING ZHENG,
YIDONG ZHENG,
YAN JUAN ZHEN, and
BING XHU,

                Defendants.

**2:13-040-APG-VCF**

MOTION TO UNSEAL CRIMINAL
INDICTMENT AND PROCEEDINGS

      COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United

States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and respectfully moves

this Court to unseal both the Superseding Criminal Indictment, as well as the entire case and

proceedings in the instant matter.  The Indictment and Superseding Indictment were sealed due to

the fact that five of the Defendants have not been apprehended.  The Defendants in this matter are

//

//

//

//

1

1   either related or friends.  As such, the Government believes that the unapprehended Defendants are

2   likely aware of the charges against them.  As such, the need for sealing no longer exists.

3          DATED this 22nd day of August, 2013.

4                                              Respectfully Submitted,

5                                              DANIEL G. BOGDEN
                                               United States Attorney
6

7                                              AMBER M. CRAIG
8                                              Assistant United States Attorney

9

10

11

12

13

14   IT IS SO ORDERED.

15

16   UNITED STATES MAGISTRATE JUDGE
     DATED: _____8-23-2013_____
17

18

19

20

21

22

23

24