NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Chang Gui Zheng



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:13-CR-00040-APG-VCF |
| Plaintiff, | : | ORDER |
| v. | : | **STIPULATION TO SET DEFENDANT'S APPEARANCE** |
| CHANG GUI ZHENG, | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Robert Knife, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), and Nicholas Wooldridge, Wooldridge Law Ltd., counsel for CHANG GUI ZHENG ("the Defendant") (collectively, "the Parties"), that an initial appearance be set for the named defendant on or about October 22, 2018, or to a date certain in the future.

The Stipulation is entered into for the following reasons:

1.  The client is not in custody and would like to defend this action.

This is the First Stipulation to continue the Change of Plea hearing filed herein.

DATED: October 15, 2018    Initial appearnce is set for 10/22/18 at 3:00 p.m. in Courtroom 3D.

| WOOLDRIDGE LAW, LTD. | STEVEN W. MYHRE |
| --- | --- |
| | Acting United States Attorney |

Dated this ___16th___ day of ___October___ 2018.

_____
~~UNITED STATES COURT JUDGE~~
United States Magistrate Judge

| By  /s/ Nicholas M. Wooldridge | By  /s/ Robert Knife |
| --- | --- |
| NICHOLAS M. WOOLDRIDGE | ROBERT KNIFE |
| Counsel for CHANG GUI ZHENG | Assistant United States Attorney |